IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SECURE MATRIX LLC,**<br><br>Plaintiff,<br><br>*v.*<br><br>**DRESS BARN OMNI, INC.,**<br><br>Defendant. | CASE NO. 1:25-CV-01530-CFC<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**AMENDED PLAINTIFF'S RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and the Court's Standing Order Regarding Disclosure Statement Required by Federal Rule of Civil Procedure 7.1, Plaintiff Secure Matrix LLC ("Plaintiff") states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock. **Plaintiff's member and owner is Jeffrey Gross.**

Date: December 30, 2025

Respectfully submitted,

*/s/ Brian E. Lutness*
Brian E. Lutness, Esq.
DE Bar ID No.: 3572
Silverman, McDonald & Friedman
1523 Concord Pike, Suite 400
Wilmington, DE 19803
302-888-2900
brian@silverman-mcdonald.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice* forthcoming))
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613

- 2 -

                    Tel. (773) 669-4590
                    issac@rabilaw.com

***Attorneys for Plaintiff
Secure Matrix LLC***