Civil Action No.    **1:25-cv-01530-CFC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Dress Barn Omni, Inc.**
was recieved by me on  **12/25/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o FILEJET INC.**, who is designated by law to accept service of process on behalf of **Dress Barn Omni, Inc.** at **144 Kings Hwy SW Ste 304, Dover, DE 19901** on **12/26/2025 at 1:39 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 136.74** for services, for a total of **$ 136.74**.

I declare under penalty of perjury that this information is true.

Date:   12/26/2025

*Server's signature*

**Alan Zielen**
*Printed name and title*

**16192 Coastal Hwy
Lewes, DE 19958**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT FOR PATENT INFRINGEMENT; EXHIBITS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; NOTICE; STANDING ORDER REGARDING  BRIEFING IN ALL CASES,  to c/o FILEJET INC., Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs with a tattoo and piercings.
Successfully served. Christy Mendoza was the authorized individual.**




Tracking #: **0201023786**