IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE MATRIX LLC,            ) <br> ) <br> Plaintiff,       ) <br> ) <br> v.                                              )    C.A. No. 25-1530-CFC <br> ) <br> DRESS BARN OMNI, INC.,      ) <br> ) <br> Defendant.    ) | |

**ORDER SETTING RULE 16(b) CONFERENCE FOR PATENT CASE**

1. A telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Friday, February 6, 2026 at 2:00 p.m.** Counsel for Plaintiff shall coordinate the call and email the dial-in information to chambers at cfc_civil@ded.uscourts.gov.

2. The parties shall confer about scheduling and discovery limitations and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Scheduling Order for Non-Hatch-Waxman Patent Cases in Which Infringement is Alleged" or the Court's "Scheduling Order for Non-Hatch-Waxman Patent Cases in Which Only Invalidity and Not Infringement is Alleged," **(revised on April 18, 2022),** available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using one of the forms listed above. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

3. **The parties are reminded that Exhibit A must be filed with the Proposed Scheduling Order. The Parties are further ordered to list in Exhibit A the due dates for any reply briefs.**

4. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

1/16/26
Date

_____
Chief Judge