# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Secure Matrix LLC,**<br>  Plaintiff,<br><br>  *v.*<br><br>**Dress Barn Omni, Inc.,**<br>  Defendant. | CASE NO. 1:25-CV-01530-CFC<br>PATENT CASE<br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the Admission *Pro Hac Vice* of Isaac Philip Rabicoff, Esq. of Rabicoff Law LLC, 4311 N Ravenswood Ave Suite 315, Chicago, IL 60613, to represent Plaintiff in this matter.

Date: January 30, 2026

Respectfully submitted,

*/s/ Brian E. Lutness*
Brian E. Lutness, Esq.
DE Bar ID No.: 3572
Silverman, McDonald & Friedman
1523 Concord Pike, Suite 400
Wilmington, DE 19803
302-888-2900
brian@silverman-mcdonald.com

***Counsel for Plaintiff***
***Secure Matrix LLC***

# **ORDER**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois and State of Virginia, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court.

Dated: January 30, 2026        **RABICOFF LAW LLC**

*/s/ Isaac Philip Rabicoff*
Isaac Philip Rabicoff  (IL # 6313775)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
isaac@rabilaw.com