# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Secure Matrix LLC,<br>　　*Plaintiff,*<br><br>　　　v.<br><br>Dress Barn Omni, Inc.,<br>　　*Defendant.* | Case No. 1:25-cv-01530-CFC<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss all claims against Dress Barn Omni, Inc., WITH PREJUDICE and all counterclaims against Secure Matrix LLC WITHOUT PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Date: January 29, 2026 | Respectfully submitted, |
| /s/ Brian E. Lutness | /s/ Grayson P. Sundermeir |
| Brian E. Lutness, Esq. (#3572) | Grayson P. Sundermeir (#6517) |
| Silverman, McDonald & Friedman | FISH & RICHARDSON, P.C. |
| 1523 Concord Pike, Suite 400 | 222 Delaware Ave., 17th Floor |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| (302) 888-2900 | (302) 652-5070 (Telephone) |
| brian@silverman-mcdonald.com | sundermeir@fr.com |
| | |
| Isaac Rabicoff | Lance Wyatt |
| Rabicoff Law LLC | Neil J. McNabnay |
| (*pro hac vice* forthcoming)) | 1717 Main Street, Suite 5000 |
| 4311 N Ravenswood Ave Suite 315 | Dallas, Texas 75201 |
| Chicago, IL 60613 | (214) 747-5070 (Telephone) |
| | (214) 747-2091 (Facsimile) |
| *Counsel for Plaintiff* | wyatt@fr.com |
| *Secure Matrix LLC* | mcnabnay@fr.com |
| | |
| | *Counsel for Defendant* |
| | *Dress Barn Omni, Inc.* |

**SO ORDERED**, this _____4th_____ day of __February__ 2026.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge